UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| AMOL AKALKOTKAR,<br><br>Plaintiff,<br><br>vs.<br><br>EVOKE PHARMA, INC., MATTHEW J. D'ONOFRIO, GREG PYSZCZYMUKA, KENNETH J. WIDDER, M.D., CAM L. GARNER, TODD C. BRADY, M.D., PH.D., BENJAMIN SMEAL, VICKIE W. REED, MALCOLM R. HILL, PHARM.D, and QOL MEDICAL, LLC.<br><br>Defendants. | Case No. 25-cv-1817<br><br>Hon. William C Griesbach |

**NOTICE OF DISMISSAL**

THE PLAINTIFF, Amol Akalotkar, by counsel, Ademi LLP[1] hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1) that this action is dismissed with prejudice and without costs to any party.

Dated: January 15, 2026

**ADEMI LLP**

By: */s/ John D. Blythin*

John D. Blythin (SBN 1046105)
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414-482-8000
Fax 414-482-8001
jblythin@ademilaw.com

*Attorneys for Plaintiff*

[1] As of January 1, 2026, this firm changed its name from Ademi & Fruchter LLP to Ademi LLP.